new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concur.

CHARLES C. HAAS, Appellant, v. GEORGE L. MALTBY and Another, Respondents. — Judgment affirmed, with costs. All concur.

B. FRANK COOLEY, Respondent, v. AUGUSTA H. COOLEY, Appellant.— Judgment affirmed, with costs. All concur.

AMANDA C. ANDERSON, Respondent, v. JAMESTOWN STREET RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents upon the authority of *Truesdell* v. *Erie R. R. Co.* (114 App. Div. 34) and *Rosenthal* v. *Troy & New England R. Co.* (162 id. 188).

JOHN A. ANDERSON, Respondent, v. JAMESTOWN STREET RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents upon the authority of *Truesdell* v. *Erie R. R. Co.* (114 App. Div. 34) and *Rosenthal* v. *Troy & New England R. Co.* (162 id. 188).

MICHAEL IUPPA and Another, Respondents, v. AARON ANGERT and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concur, except Sears, J., who dissents; Clark, J., not sitting.

ARTHUR N. VAN DENBURG and Another, Respondents, v. FIRST TRUST AND DEPOSIT COMPANY, as Executor, etc., of FRANCIS HENDRICKS, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur.

FRED E. FOOTE, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

HAMPTON H. HALSEY, as Administrator, etc., of MARY A. LINE, Deceased, Respondent, v. LUCY F. BROTSCH, Appellant.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DORAN, Appellant.— Judgment of conviction and order affirmed. All concur.

THEODORE S. BANKS, Respondent, v. HOME NOODLE MANUFACTURING COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by May twelfth and be ready for argument on May seventeenth.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE KLEE, Respondent, v. LOUIS KLEE, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by May twelfth and be ready for argument on May seventeenth.

In the Matter of the Application of HENRY P. STAMLER for a Writ of Mandamus against GRAPHIC ARTS COMPANY, Directing an Inspection of the Books and Records of Said Company.— Appeal dismissed, without costs, upon stipulation filed.

EDNA SCHULTZE WOLFE, Appellant, v. CHARLES BULL, Also Known as CARL BULL, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of Proving the Last Will and Testament of JOANNA CAMPBELL, Deceased.— Motion granted and appeal dismissed, with costs.

In the Matter of the Probate of the Last Will and Testament of MARY C. GROBEN, Deceased.— Motion granted and appeal dismissed, with costs.

NIAGARA IRON AND METAL COMPANY, Respondent, v. HARRY SCHWARTZ, Appellant.— Motion granted and appeal dismissed, with costs.

ALICE SOBJAK, Appellant, v. ELLEN BARTLEY, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal